In the Matter of the Estate of GEORGE K. DAVIS, Deceased. ARLINE D. IRELAND et al., Appellants. CITY BANK FARMERS TRUST COMPANY, as Temporary Administrator and as Executor of GEORGE K. DAVIS, Deceased, et al., Respondents.

Submitted May 19, 1947; decided May 20, 1947.

*Charles P. Grimes* and *Richard Steel* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.